

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE CRIMINAL DISTRICT COURT NO. 4 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 27th day of August, 2015, the cause on appeal to revise or reverse the judgment between

PAUL ANTOINE, Appellant

No. 05-15-01026-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F15-55946-K.
Opinion delivered by Justice Evans, Justices Fillmore and Myers participating.

was determined; and this Court made its order in these words:

    Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

    **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

    **WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 6th day of November, 2015.

_____
LISA MATZ, Clerk

RECEIVED IN
COURT OF APPEALS, 5th DIST.

NOV 2 3 2015

LISA MATZ
CLERK, 5th DISTRICT



Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



02 1P   $ 000.48⁰
0000856274   NOV 06 2015
MAILED FROM ZIP CODE 75201

RETURN TO
NOT IN DALLAS

75202

NIXIE       750    5C 1           2211/18/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 75202663150     *0234-00584-09-43